

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00011-CV

**BEXAR COUNTY HOSPITAL DISTRICT** d/b/a University Health System,
Appellant

v.

Tomas **PADILLA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-08562
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

All costs are ORDERED assessed against the party who incurred them.

SIGNED August 21, 2013.

_____
Marialyn Barnard, Justice